**Order entered October 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01260-CV

### IN RE JEFFREY BORDOK, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12565**

## ORDER

Before the Court's is relator's supplement to relator's emergency motion in which relator withdraws his October 22, 2018 Emergency Motion to Stay Trial Pending Mandamus Review. We will treat relator's supplement as a motion to withdraw the emergency motion and will take no action on that motion.

        /s/    ROBERT M. FILLMORE
                JUSTICE